# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2168 Disciplinary Docket No. 3

               Petitioner   :   No. 72 DB 2015

           v.   :   Attorney Registration No. 56836

ERIK SOBKIEWICZ   :   (Allegheny County)

             Respondent   :

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of November, 2016, upon consideration of the Verified Statement of Resignation, Respondent Erik Sobkiewicz is disbarred on consent from the Bar of the Commonwealth of Pennsylvania. *See* Pa.R.D.E. 215. He is directed to comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).